IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JAMARKUS A. ROWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:22cv248-MHT |
| | ) | (WO) |
| RUSSELL COUNTY JAIL, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff, an inmate at the Russell County Jail, was listed as a signatory or witness to a complaint filed by another inmate challenging the conditions of confinement at the jail as unconstitutional. As a result, the court opened this new case in plaintiff's name. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed because plaintiff did not respond to an order to pay a filing fee or submit an application to proceed in forma pauperis. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2022.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**